```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  District of Nevada
    Nevada State Bar No. 2137
 3  CARLOS A. GONZALEZ
    Assistant United States Attorney
 4  333 Las Vegas Blvd. So., #5000
    Las Vegas, Nevada  89101
 5  Ph: (702) 388-6336
    Fax: (702) 388-6787
 6  E-mail: Carlos.Gonzalez2@usdoj.gov

 7  Attorneys for the United States.
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS S. CRADDOCK ) | Case No. 2:12-CV-1113-KJD-RJJ |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

(First Request)

COMES NOW defendants, by and through their attorneys, Daniel G. Bogden, United States Attorney for the District of Nevada, and Carlos A. Gonzalez, Assistant United States Attorney, and request a thirty (30) day extension of time, to file an appropriate pleading to Plaintiff's complaint due to an unexpected delay in obtaining a transcript of Plaintiff's administrative hearing.

. . .

. . .

. . .

1   Plaintiff's counsel, Mr. Mark V. Kalagian does not oppose to
2 the thirty (30) day extension of time.
3   Defendants' current deadline to answer plaintiffs complaint
4 is Tuesday, October 2, 2012.
5   It is therefore respectfully requested that defendants be
6 granted a thirty day extension of time to file an appropriate
7 pleading to answer complaint up to and including Thursday,
8 November 1, 2012.
9   DATED this 2nd day of October 2012.

                                Respectfully submitted,

                                Daniel G. Bogden
                                United States Attorney

                                  /s/ Carlos A. Gonzalez
                                Carlos A. Gonzalez
                                Assistant United States Attorney



                                IT IS SO ORDERED:

                                _____
                                UNITED STATES MAGISTRATE JUDGE

                                DATE:  October 19, 2012

2