Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Thomasa S. Craddock

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMASA S. CRADDOCK,<br><br>Plaintiff,<br><br>vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:12-cv-01113-KJD-PAL<br><br>STIPULATION FOR DISMISSAL |

IT IS HEREBY STIPULATED by and between Thomasa S. Craddock ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.

…

…

…

...

-1-

1  The parties enter into this stipulation pursuant to the terms of
2  Fed.R.Civ.P. 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the
3  Court.

4
5  DATE: December 12, 2012

6                                       Respectfully submitted,
7                                       LAW OFFICES OF LAWRENCE D. ROHLFING

8  /s/ *Marc V. Kalagian*

9  Marc V. Kalagian
   Attorney for plaintiff Thomasa S. Craddock

10
11
12  DATE: December 12, 2012    DANIEL G. BOGDEN
                                United States Attorney
13
14                              /s/ *Carlos A. Gonzalez*

15                              Carlos A. Gonzalez
                                Assistant United States Attorney
16                              Attorneys for Defendant Michael J. Astrue,
                                Commissioner of Social Security
17                              (Per e-mail authorization)

18
19
20  IT IS SO ORDERED
21
22                              _____
23                              **KENT J. DAWSON**
                                **UNITED STATES DISTRICT JUDGE**
24
                                **DATED:** January 30, 2013
25
26